IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES ELWYN SYKES, #2467248 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-894 |
| | § | |
| SHERIFF DEPUTY STARKY, *et al.*, | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**CONCERNING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen G. Durrett. The Magistrate Judge issued a Report and Recommendation (Dkt. #15), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motions for a temporary restraining order and preliminary injunction (Dkts. #5, #6). No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's motions for a temporary restraining order and preliminary injunction (Dkts. #5, #6) are **DENIED**.

**SIGNED this 19th day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE